**831 WALKER vs. CIRCUIT JUDGE (Wayne), No. 16194; 4 D. L. N., 95; 70 N. W., 1031.**

To vacate an order enjoining a sale under a decree in a foreclosure proceeding, where, at the solicitation of the defendant in that proceeding, relator had advanced the sum necessary to satisfy the mortgagee and taken an assignment of the mortgage and decree, it being contended that the assignment of the mortgage and decree amounted to the making of a new mortgage, and necessitated a new foreclosure.

Granted April 27, 1897, with costs against defendant.